# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1263

_____

Richard L. Purcell,                    *

                                *

        Appellant,             *    Appeal from the United States

                                *    District Court for the

      v.                      *    Southern District of Iowa.

                                *

Union Pacific Railroad,        *       [UNPUBLISHED]

                                *

        Appellee.              *

_____

Submitted: July 5, 2011
Filed: July 8, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Richard Purcell appeals following the adverse grant of summary judgment by the District Court[1] in his civil action claiming retaliation for filing safety complaints. After careful de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we agree with the District Court that under the statute at issue as it existed during the events underlying this complaint, 49 U.S.C. § 20109(a) (2006), Purcell was not entitled to relief. We decline his invitation to retroactively apply a subsequent

_____

[1]The Honorable Thomas J. Shields, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

amendment to the statute, <u>see</u> <u>Landgraf v. USI Film Prods.</u>, 511 U.S. 244, 266–68, 280 (1994), and we conclude that the District Court did not abuse its discretion in staying discovery, <u>see</u> <u>Steinbuch v. Cutler</u>, 518 F.3d 580, 590 (8th Cir.), <u>cert. denied</u>, 129 S. Ct. 223 (2008).

      Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____